UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL H. GRISHAM,<br><br>             Plaintiff(s),<br><br>vs.<br><br>EIGHTH JUDICIAL DISTRICT FAMILY COURT, et al.,<br><br>             Defendant(s). | Case No. 2:13-cv-02349-JCM-NJK<br><br>ORDER GRANTING MOTION TO STRIKE (Docket No. 7) |

Pending before the Court is Defendants' motion to strike Plaintiff's "Petition of Temporary Stay." *See* Docket No. 7. Plaintiff's petition was filed as an attachment to Plaintiff's complaint. *See* Docket No. 1-3. The proper vehicle for seeking relief from the Court is a written motion supported by a memorandum of points and authority. *See, e.g.*, Local Rule 7-2(a).[1] The petition fails to provide either a factual basis or legal authority supporting the request. Accordingly, the Court hereby GRANTS the motion to strike and ORDERS that the "Petition of Temporary Stay" be STRICKEN. This order is without prejudice to Plaintiff filing a proper motion seeking relief.

IT IS SO ORDERED.

DATED: January 29, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Although the Court construes their filings liberally, *pro se* litigants are required to abide by the rules of the Court. *See, e.g.*, *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).