# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL H. GRISHAM,<br><br>        Plaintiff(s),<br><br>vs.<br><br>EIGHTH JUDICIAL DISTRICT FAMILY COURT, et al.,<br><br>        Defendant(s). | Case No. 2:13-cv-02349-JCM-NJK<br><br>ORDER |

Pending before the Court is a motion to stay discovery. Docket No. 12. The Court hereby ORDERS any response to be filed no later than April 11, 2014, and any reply to be filed no later than April 15, 2014.[1]

IT IS SO ORDERED.

DATED: March 31, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court will defer ruling on the pending discovery plan (Docket No. 13) until the motion to stay is resolved.