UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL H. GRISHAM,<br><br>    Plaintiffs,<br><br>vs.<br><br>EIGHTH JUDICIAL DISTRICT FAMILY COURT OF CLARK COUNTY NEVADA, et al.,<br><br>    Defendants. | Case No. 2:13-cv-02349-JCM-NJK<br><br>ORDER<br><br>(Docket Nos. 17, 18) |

Pending before the Court are Defendants' motions to strike Plaintiff's response to the motion to stay or, alternatively, to extend the deadline to file a reply to the motion to stay discovery. Docket Nos. 17, 18. For good cause shown, the motion to extend is hereby **GRANTED** and Defendants' reply shall be filed no later than April 18, 2014. The motion to strike is hereby **DENIED**, but the Court reminds Plaintiff that he is required to abide by all Court orders and that failure to do so in the future may result in sanctions up to and including dismissal of his claims.

IT IS SO ORDERED.

DATED: April 16, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge