UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL H. GRISHAM,<br><br>        Plaintiff(s),<br><br>vs.<br><br>EIGHTH JUDICIAL DISTRICT FAMILY COURT OF CLARK COUNTY NEVADA, et al.,<br><br>        Defendant(s). | Case No. 2:13-cv-02349-JCM-NJK<br><br>ORDER DENYING MOTION TO STRIKE<br><br>(Docket No. 25) |

      Pending before the Court is Defendants' motion to strike Plaintiff's amended complaint. Docket No. 25. Defendants argue that the amended complaint is improper under Fed. R. Civ. P. 15 because Plaintiff did not initially seek leave of court to file it and because his subsequent motion for leave of court cannot cure the procedural defect. *See id.* at 3-4. It is not clear to the Court why Defendants make these arguments through a motion to strike, rather than in a brief opposing the pending motion for leave to file the amended complaint. *See* Docket No. 23. As the arguments appear to be more suitable to the latter, the motion to strike is hereby **DENIED**. The Court expresses no opinion as to the merits of Defendants' arguments and this Order does not preclude them in any way from raising these arguments in opposing the motion for leave to amend.

      IT IS SO ORDERED.

      DATED: April 29, 2014

                                                                         NANCY J. KOPPE<br>
                                                                       United States Magistrate Judge