## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MICHAEL H. GRISHAM, | 2:13-CV-2349 JCM (NJK) |
|---|---|
| Plaintiff(s), | |
| v. | |
| EIGHTH JUDICIAL DISTRICT FAMILY COURT OF CLARK COUNTY NEVADA, JUDGE VINCENT OCHOA, | |
| Defendant(s). | |

**ORDER**

Presently before the court is a motion to extend time filed by defendants The Eighth Judicial District Court, Family Division and Judge Vincent Ochoa. (Doc. # 27).

Defendants request a four-day extension in which to file their reply in support of their motion for summary judgment. This is defendants' first request for an extension.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to extend time (doc. # 27) be, and at the same time hereby is, GRANTED.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that defendants shall have up to, and including, Friday, May
2  9, 2014, in which to file a reply regarding their summary judgment motion.
3  DATED May 5, 2014.

_____
UNITED STATES DISTRICT JUDGE